SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
GURI GONZALEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROADWAY HAIR SALON; BROADWAY USA, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:25-cv-02697-FLA (SKx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: October 3, 2025<br>Time: 1:30 p.m.<br>Courtroom: 6B<br><br>Honorable Judge Fernando L. Aenlle-Rocha |

　　　To Defendant BROADWAY USA, LLC and the attorneys of record, if any: Please take notice that on October 3, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff GURI GONZALEZ will present Plaintiff's motion for default judgment against Defendant BROADWAY USA, LLC. The Clerk has previously entered the default on said Defendant on July 28, 2025 (Dkt. #22).

　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant BROADWAY USA, LLC is not a minor or an incompetent person

or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant BROADWAY USA, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,705.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 1110 E. Broadway, Glendale, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant BROADWAY USA, LLC on August 29, 2025 by first class United States Mail, postage prepaid.

Dated:  August 29, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:    /s/ Jason J. Kim
       Jason J. Kim, Esq.
       Attorneys for Plaintiff