JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>                  Plaintiff,<br><br>    v.<br><br>BROADWAY HAIR SALON, *et al.*,<br><br>                  Defendants. | Case No. 2:25-cv-02697-FLA (SKx)<br><br>**ORDER DISMISSING ACTION [DKT. 24]** |

On September 19, 2025, Plaintiff Guri Gonzalez ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 24. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 23, is DENIED as moot.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: September 23, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge